Stephen M. Lobbin (SBN 181195)
SML Avvocati P.C.
888 Prospect Street – Suite 200
San Diego, California 92037
Phone: (949) 636-1391
sml@smlavvocati.com

Andrew S. Curfman (*pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: (330) 244-1174
andrew.curfman@sswip.com

Attorneys for Plaintiff
SYMBOLOGY INNOVATIONS, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 8:20-cv-01256 |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **UNIVERSAL ELECTRONICS, INC.,** | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Symbology Innovations, LLC and Defendant, Universal Electronics, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant Universal Electronics, Inc. WITH PREJUDICE and all counterclaims against Plaintiff

1 | Symbology Innovations, LLC WITHOUT PREJUDICE, with each party to bear its
2 | own attorneys' fees and costs.

Dated: September 23, 2020                Respectfully submitted,

Stephen M. Lobbin (SBN 181195)           */s/Andrew S. Curfman*
SML Avvocati P.C.                        Andrew S. Curfman (*Pro hac vice*)
888 Prospect Street – Suite 200          Sand, Sebolt & Wernow Co., LPA
San Diego, California 92037              Aegis Tower – Suite 1100
Phone: (949) 636-1391                    4940 Munson Street NW
sml@smlavvocati.com                      Canton, Ohio 44718
                                         Phone: (330) 244-1174
                                         andrew.curfman@sswip.com

                                         ATTORNEYS FOR PLAINTIFF


                                         */s/Rodeen Talebi*
Neil J. McNabnay (*pro hac vice*)        Rodeen Talebi (CA SBN 320392)
Ricardo J. Bonilla (*pro hac vice*)      FISH & RICHARDSON P.C.
FISH & RICHARDSON P.C.                   633 West Fifth Street, 26th Floor
1717 Main Street, Suite 5000             Los Angeles, CA 90071
Dallas, TX 75201                         Telephone: (213) 533-4240
Telephone: (214) 747-5070                Facsimile: (858) 678-5099
Facsimile: (214) 747-2091                Email: talebi@fr.com
mcnabnay@fr.com
rbonilla@fr.com                          ATTORNEYS FOR DEFENDANT