Stephen M. Lobbin (SBN 181195)
SML Avvocati P.C.
888 Prospect Street – Suite 200
San Diego, California 92037
Phone: (949) 636-1391
sml@smlavvocati.com

Andrew S. Curfman (*pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: (330) 244-1174
andrew.curfman@sswip.com

Attorneys for Plaintiff
SYMBOLOGY INNOVATIONS, LLC

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL ELECTRONICS, INC., <br><br> Defendant. | Civil Action No.: <br> 8:20-cv-01256JVS(DFMx) <br><br> **TRIAL BY JURY DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the Parties' Joint Motion to Dismiss [D.E. 24], and good cause appearing therefor,

IT IS HEREBY ORDERED that the claims against Defendant are dismissed WITH PREJUDICE and the counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE. Each to party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 24, 2020

_____
United States District Judge
James V Selna